UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DRYWAL TAPERS AND POINTERS OF
GREATER NEW YORK, et al.,
                Petitioners,

                                                            22 civ 7580 (JGK)

    -against-

VISCAL CONTRACTING SERVICES CORP.,
                Respondents.
-----------------------------------------------------------X

## ORDER

Petitioners commenced this action on September 6, 2022, asking the Court to confirm an arbitration award. To date, there has been no response, nor has there been an appearance, by the defendant, to date.

The petitioners have filed a motion for summary judgment, along with supporting papers, on October 20, 2022. The respondent shall respond to both the petition and the motion by **November 3, 2022.** Any replies by the petitioners to the response shall be filed by **November 17, 2022.**

If the respondent fails to respond to the petition and the motion, the Court will decide the petition and motion on the papers already submitted.

**SO ORDERED.**

                                                              JOHN G. KOELTL
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        October 20, 2022

*The petitioners should serve a copy of this Order on the respondent by October 24, 2022, and file proof of service by October 27, 2022.*