**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL UNION
OF ALLIED PARTNERS AND ALLIED TRADES,
AFL-CIO, ET AL.,

       Petitioners,

 -against-               22 **CIVIL** 7580 (JGK)

                       **JUDGMENT**

VISCAL CONTRACTING SERVICES CORP.,

       Respondent.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 19, 2022, the petition to enforce the arbitration award is granted. Judgment is entered for the petitioners as follows: (1) In the amount of $9,472.10 in unpaid fringe benefits; (2) In the amount of $3,420 in attorney's fees; (3) In the amount of $519 for court costs; and (4) Post-judgment interest will accrue at the statutory rate provided by 29 U.S.C. § 1961 (a); accordingly, the case is closed.

**Dated:** New York, New York

    December 20, 2022

                        **RUBY J. KRAJICK**

                         _____
                           **Clerk of Court**

             **BY:**  *K. Mango*

                        _____
                           **Deputy Clerk**